1 | JASON M. FRIERSON
United States Attorney
2 | Nevada Bar Number 7709
JUSTIN WASHBURNE
3 | Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
4 | Las Vegas, Nevada 89101
Telephone: 702.388.6378
5 | Justin.Washburne@usdoj.gov
*Attorneys for the United States*
6

**UNITED STATES DISTRICT COURT**
7 | **DISTRICT OF NEVADA**

| 8 | UNITED STATES OF AMERICA, | Case No. 2:23-mj-739-NJK |
|---|---|---|
| 9 | Plaintiff, | |
| 10 | v. | **Stipulation for an Order Directing Probation to Prepare a Criminal History Report** |
| 11 | MARCO ANTONIO RODRIGUEZ-VALDEZ, aka "Marco Rodriguez-Valdez," | |
| 12 | aka "Marco Antonio Arredondo-Zazueta," aka "Antonio Arredondo," | |
| 13 | aka "Marco Zazueta," | |
| 14 | Defendant. | |
| 15 | | |

16    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M.

17  Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney,

18  counsel for the United States of America, Rene L. Valladares, Federal Public Defender,

19  and _____, Assistant Federal Public Defender, counsel for defendant

20  MARCO ANTONIO RODRIGUEZ-VALDEZ, that the Court direct the U.S. Probation

21  Office to prepare a report detailing the defendant's criminal history.

22    This stipulation is entered into for the following reasons:

23    1.    The United States Attorney's Office has developed an early disposition

24  program for immigration cases, authorized by the Attorney General pursuant to the

1    PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has

2    extended to the defendant a plea offer in which the parties would agree to jointly request an

3    expedited sentencing immediately after the defendant enters a guilty plea.

4      2.      The U.S. Probation Office cannot begin obtaining the defendant's criminal

5    history until after the defendant enters his guilty plea unless the Court enters an order

6    directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of

7    a defendant's initial appearance when charged by indictment.

8      3.      The U.S. Probation Office informs the government that it would like to begin

9    obtaining the criminal history of defendants eligible for the early disposition program as

10    soon as possible after their initial appearance so that the Probation Office can complete the

11    Presentence Investigation Report by the time of the expected expedited sentencing.

12      4.      Accordingly, the parties request that the Court enter an order directing the

13    U.S. Probation Office to prepare a report detailing the defendant's criminal history.

14      DATED this____14____ day of August, 2023.

15                       Respectfully Submitted,

16

17 RENE L. VALLADARES           JASON M. FRIERSON
     Federal Public Defender          United States Attorney

18

/s/                        */s/ Justin Washburne*

19                       JUSTIN J. WASHBURNE
     Assistant Federal Public Defender    Assistant United States Attorneys

20    Counsel for Defendant MARCO
     ANTONIO RODRIGUEZ-VALDEZ

21

22

23

24

                           2

1    **UNITED STATES DISTRICT COURT**
     **DISTRICT OF NEVADA**

2

UNITED STATES OF AMERICA,                          Case No. 2:23-mj-739-NJK

3

                   Plaintiff,

4                                                  **Order Directing Probation to**
                   v.                              **Prepare a Criminal History**
5                                                  **Report [Proposed]**

MARCO ANTONIO RODRIGUEZ-VALDEZ,
6       aka "Marco Rodriguez-Valdez,"
        aka "Marco Antonio Arredondo-Zazueta,"
7       aka "Antonio Arredondo,"
        aka "Marco Zazueta,"

8
                   Defendant.
9

10

11          Based on the stipulation of counsel, good cause appearing, and the best interest of

12   justice being served:

13          IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a

14   report detailing the defendant's criminal history.

15          DATED this 22nd day of August, 2023.

16

17                                          _____
                                            HONORABLE NANCY J. KOPPE
18                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

                                            3